# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM DAVIS, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | CASE NO. C05-231-JLR <br><br> ORDER |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings by a different Administrative Law Judge ("ALJ"). The parties request that upon remand, the ALJ will:

1) develop the record by requesting any updated medical records and by obtaining more information from the Plaintiff as to his past work;

2) assess the severity of all of Plaintiff's impairments and address the opinion of Ruby Moy, M.D., regarding the need for no pushing or pulling with the right lower extremity;

3) reassess Plaintiff's physical and mental residual functional capacity, as well as reassess Plaintiff's credibility;

4) if not able to determine which, if any, of Plaintiff's past work was past relevant work, the ALJ will continue the sequential evaluation process.

ORDER - 1

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 4th day of October, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

RECOMMENDED FOR ENTRY
this 4th day of October, 2005:

s/ Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER - 2